ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CASEY SHPALL, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:  shpallc@gtlaw.com

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORRIE GITA, <br><br>                   Plaintiff, <br><br>     v. <br><br> C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC, <br><br>                   Defendants. | CASE NO. 3:20-cv-00252-MMD-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, by and between Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. by and through their counsel of record, the law firm of Greenberg Traurig, LLP, and Plaintiff Corrie Gita, by and through his counsel of record, the Wendt Law Firm, P.C., that the above-captioned action shall be dismissed with prejudice.

/ / /

/ / /

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted on January 11, 2021.

**WENDT LAW FIRM, P.C.**                    **GREENBERG TRAURIG, LLP**

By: ___/s/ Samuel M. Wendt___              By: ___/s/ Eric W. Swanis___
SAMUEL M. WENDT, ESQ.*                     ERIC W. SWANIS, ESQ.
*Admitted Pro Hac Vice*                    Nevada Bar No. 6840
sam@wendtlaw.com                           swanise@gtlaw.com
4717 Grand Avenue, Suite 130               10845 Griffith Peak Drive, Suite 600
Kansas City, Missouri 64112                Las Vegas, Nevada 89135

PETER C. WETHERALL, ESQ.                   CASEY SHPALL, ESQ.*
WETHERALL GROUP LTD.                       *Admitted Pro Hac Vice*
Nevada Bar No. 4414                        GREENBERG TRAURIG, LLP
pwetherall@wetherallgroup.com              1144 15th Street, Suite 3300
9345 West Sunset Road, Suite 100           Denver, Colorado 80202
Las Vegas, Nevada 89148                    Telephone: (303) 572-6500
                                           Email: shpallc@gtlaw.com
*Counsel for Plaintiff*
                                           *Counsel for Defendants*


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated this _12th_ of January, 2021.

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on **January 12, 2021**, I caused the foregoing document to be

3    electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification

4    of such filing to the CM/ECF participants registered to receive such service.

5

6

7                                                      */s/ Shermielynn Irasga*
                                            An employee of GREENBERG TRAURIG, LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002